Argued and submitted March 5, affirmed April 22, 1992

## CHRISTINE FLETT,
*Appellant,*

*v.*

## Michael McGEE,
*Respondent.*

(9012-07748; CA A69530)

828 P2d 1061

Mark John Holady, Portland, argued the cause for appellant. With him on the brief was Geoffrey Squier Silver, Portland.

Timothy A. Sylwester, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Charles S. Crookham, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Richardson, Presiding Judge, and Deits and Durham, Judges.

PER CURIAM

Affirmed. *Reeve v. Maass*, 111 Or App 213, 825 P2d 652 (1992); *Boone v. Wright*, 110 Or App 281, 822 P2d 719 (1991).